# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § | |
| | § | CIVIL ACTION NO. 2:16-CV-0565-JRG |
| v. | § | LEAD CASE |
| | § | |
| WOODSIDE DISTRIBUTORS, LLC. | § | |

| | | |
|---|---|---|
| ODOGA ENTERPRISES | § | Civil Action No. 2:16-cv-685 |
| | § | |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court on the joint motion of Plaintiff Whirlpool Corporation ("Whirlpool") and Defendant Odoga Enterprises ("Defendant") (Dkt. No. 33).

**WHEREAS,** this Consent Judgment and Permanent Injunction concerns the patent infringement claim between Whirlpool and Defendant in this Civil Action No. 2:16-cv-685 (referred herein to as the "Litigation"); and

**WHEREAS,** Whirlpool and Defendant request this Consent Judgment and Permanent Injunction be entered in the above-captioned case; and

**WHEREAS**, Whirlpool owns United States Patent Nos. 7,000,894 ("the '894 patent"); and

**WHEREAS**, Defendant has offered for sale and sold replacement water filters bearing an "Odoga" label purporting to be compatible with Whirlpool Model No. 4396841, which is a Whirlpool "Filter 3" design, and water filters bearing an "Odoga" label purporting to be compatible with Whirlpool Model No. W10295370A, which is a Whirlpool "Filter 1" design as shown in Exhibit A hereto; and

**WHEREAS**, in the Litigation, Whirlpool alleged that Defendant infringed at least claims 1 and 4 of the '894 patent under 35 U.S.C. § 271 by virtue of Defendant's offer for sale and sale of the replacement water filters shown in Exhibit A; and

**WHEREAS**, in the Litigation, Whirlpool alleged it would be irreparably harmed if Defendant is not enjoined from infringing the '894 patent; and

**WHEREAS**, in the Litigation, Whirlpool requested that this Court enter a permanent injunction enjoining Defendant from infringing the '894 patent; and

**WHEREAS**, Whirlpool and Defendant have reached an agreement to finally settle the Litigation as set forth in this Consent Judgment and Permanent Injunction and a separate Settlement Agreement which is contemporaneously and separately being executed; and

**WHEREAS**, Whirlpool and Defendant each acknowledge this Court has subject matter jurisdiction and, further, consent to personal jurisdiction in the Eastern District of Texas in this proceeding and for purposes of enforcing the Settlement Agreement in the future.

**IT IS HEREBY ORDERED, DECREED and ADJUDGED as follows:**

1.    This Court has jurisdiction over Whirlpool, Defendant and the subject matter of this Litigation.

2.    Whirlpool has ownership and standing to sue for infringement of the '894 patent.

3.    The '894 patent claims are enforceable and not invalid.

4.    Defendant's offer for sale and sale of the replacement water filters as shown in Exhibit A constitutes infringement of at least claims 1 and 4 of the '894 patent.

5.    Defendant, its officers, agents, servants, employees, associates, attorneys and other persons who are in active concert or participation therewith are hereby permanently enjoined as of the date hereof from infringing the '894 patent by the manufacture, use, offer to

2

sell, sale, importation, or distribution of the products identified in Exhibit A or any colorable variations thereof that also infringe the '894 patent.

6.    Each party shall bear its own costs and attorneys' fees.

7.    This Court shall retain jurisdiction over Whirlpool and Defendant for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction and over any matters related to or arising from the interpretation or enforcement of the Settlement Agreement.

**So ORDERED and SIGNED this 28th day of October, 2016.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _/s/ Melissa R. Smith_____        By: _/s/  Tracy J. Willi_____

    Melissa R. Smith            Tracy J. Willi
    GILLAM & SMITH, LLP            WILLI LAW FIRM, P.C.
    303 S. Washington Ave.            9600 Escarpment Blvd., Ste. 745, PMB 34
    Marshall, TX 75670            Austin, TX 78749-1983
    Telephone:  (903) 934-8450            Telephone: (512) 288-3200
    Facsimile:  (903) 934-9257            Facsimile: (512) 288-3202
    Email:  Melissa@gillamsmithlaw.com            Email: twilli@willi.com

ATTORNEYS FOR PLAINTIFF        ATTORNEYS FOR DEFENDANT
WHIRLPOOL CORPORATION        ODOGA ENTERPRISES

3



**EXHIBIT**

Consent Judgment Ex. A

# Odoga Filter Compatible with Whirlpool "Filter 3" Design









## Odoga Filter Compatible with
## Whirlpool "Filter 1" Design







